United State District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston Mass. 2210

George Kersey
Plaintiff
v.
Scott S. Harris
and
Donald Trump
Defendants.

Jury Trial Requested

SCANNED

25-11457

# COMPLAINT
## For Defamation

Plaintiff is at 634 Newton Street, Chestnut Hill, MA 02467.

Defendants are at 1 First Street, NE, Washington, DC 20543.

Defendant have published a Defamatory Statement about Plaintiff that he is denied submission of further Court pleadings because he has "repeatedly abused" the Courts process. This false and defamatory

Plaintiff requests a Jury Trial and punitive damages of at least 45,000,000 Dollars.

Respectfully,
George Kersey, Pro Se
/s/ George Kersey
684 Newton Street
Chestnut Hill, MA 02467
(518) 966-9690